IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DONNIE LEON THOMAS,**

    **Petitioner,**

v.                                        Case No.:  3:11cv137/MCR/EMT

**KENNETH S. TUCKER,**

    **Respondent.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 20, 2012 (doc. 42).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus is DENIED.

3.  A certificate of appealability is DENIED.

**DONE AND ORDERED** this 30th day of August, 2012.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**